

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00048-CV

IN THE ESTATE OF SYLVIA
SMITH, DECEASED

------------

FROM COUNTY COURT AT LAW OF COOKE COUNTY
TRIAL COURT NO. PR16699

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants Paul Smith, Leighton Smith, Armon Smith And Shelby Smith's Unopposed Joint Motion For Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: October 2, 2014